UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISTIAN SANCHEZ,
                              Plaintiff,          21 Civ. 4722 (LGS)

          -against-                           ORDER

ELECTRIC SOLIDUS LLC,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated July 30, 2021, required that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than August 2, 2021, at noon.  If Plaintiff has not been in communication with Defendants, Plaintiff shall file a status letter regarding efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than August 2, 2021, at noon.

      WHEREAS, no party filed a status letter by August 2, 2021, at noon.  It is hereby

      **ORDERED** that Plaintiff shall comply with the July 30, 2021, Order by **August 3, 2021, at noon**.  Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: August 2, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE